IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>KENNETH A. ZIMMERMAN,<br><br>                Defendants. | **4:14CR3147**<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's motion to review the conditions of pretrial release, (filing no. 33), is granted.

2) The defendant shall comply with all terms and conditions of pretrial release except as follows:

> The defendant is permitted to leave Nebraska in order to allow him to continue employment by temporarily going to Gibson, Illinois between May 2, 2015 and May 9, 2015.

> The defendant is required to report to Jim Roberts by telephone daily while the defendant is out of the state of Nebraska.

May 1, 2015.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge